**ARCHER & GREINER, P.C.**
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish
Paris Gyparakis
Email: akadish@archerlaw.com
        pgyparakis@archerlaw.com

*Counsel to United American Land LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>137 FALMOUTH STREET LLC,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 25–43810-nhl (NHL) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"), and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), ARCHER & GREINER, P.C., hereby enters its appearance as counsel to United American Land LLC, in the above-captioned case, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed, or required to be given or filed in this case be given and served upon counsel at the following address:

        ARCHER & GREINER, P.C.
        *Counsel to United American Land LLC*
        1211 Avenue of the Americas
        New York, New York 10036
        Attn: Allen G. Kadish, Esq.
                Paris Gyparakis, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the

provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or given with regard to the related bankruptcy case and any adversary proceedings commenced in relation thereto.

| | |
|---|---|
| Dated: New York, New York<br>March 2, 2026 | **ARCHER & GREINER, P.C.**<br>*Counsel to United American Land LLC*<br><br>By: /s/  Allen G. Kadish<br>     Allen G. Kadish<br>     Paris Gyparakis<br>1211 Avenue of the Americas<br>New York, New York 10036<br>(212) 682-4940<br>(856) 795-0574 Facsimile<br>Email: akadish@archerlaw.com<br>           pgyparakis@acherlaw.com |