

LAW OFFICES OF
CHARLES WERTMAN P.C.

May 6, 2026

**<u>Via: ECF</u>**
Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

**Re: Debtor - 137 Falmouth Street**
**Bankruptcy Case # 25-43810**

Dear Judge Stong:

I will not be able to attend the court hearing scheduled for today, May 6th, 2026 at 10:30 a.m. in the above-referenced matter, as my wife has undergone eye surgery. I respectfully request that the matter be adjourned to the next available date convenient for the Court.

I thank you for your consideration.

Respectfully,

Charles Wertman, Esq.

cc: All counsel of record via ECF

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com